UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br>LYDIA IDANIS OTERO ENCARNACIÓN<br>Debtor(s) | CASE NO: 23-00068 EAG<br><br>CHAPTER 13 |

MOTION FOR CONTINUANCE OF THE AUTOMATIC STAY IN CASE
FILED AFTER PRIOR DISMISSAL WITHIN ONE YEAR OF FILING

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully states, alleges and prays as follows:

1. The Debtor notifies all Creditors and Parties in interest and hereby moves this Court, pursuant to §362 (c) (3) (B), for an order continuing the automatic stay provided under §362 (a) as to all creditors. In support of this motion, debtors state as follows:

2. On January 17, 2023 debtor filed a petition under chapter 13 of the Bankruptcy Code.

3. Debtor had previously filed a chapter 13, case number 20-02873 EAG. On July 22, 2020 debtor filed Voluntary Petition under the Chapter 13 of Bankruptcy Code. The case was dismissed without plan confirmation. On August 25, 2022 the case was dismissed.

4. Debtor informs that the reason for case dismissal was plan payment arrears and failure to provide a confirmable plan. Previous case proposes that debtor will refinance her property. However, debtor was unable to prove creditors that the property refinance is feasible.

Also, on June 3, 2022 mortgage creditor filed motion to dismiss (Docket No. 105). In the motion, mortgage creditor show his concerns regarding debtor´s ability to refinance her home and to continue making regular payments. On August 25, 2022 this Honorable Court granted creditor´s motion.

5. Debtor informs that under this new case, debtor proposes to make regular payments directly to

Case:23-00068-EAG13 Doc#:6 Filed:01/17/23 Entered:01/17/23 17:05:19 Desc: Main
Document Page 2 of 4

Motion for continuance of the Automatic Stay, Cont.
Case no. 22-00068 EAG
Page 2 of 3

creditor and pay arrears through the plan. Also debtor proposes to provide a step up payment during month 12 of the plan. Debtor will find a new job to properly fund the plan. Also, debtor, in her plan challenges the value of collateral regarding her motor vehicle. With this action, debtor will have disposable income to pay her mortgage payment and pre-petition arrears.

6. The Debtor has special circumstances for his previous case dismissal and changes that will allow him to complete this new chapter 13 plan.

7. The petition on this case was filed in good faith. Debtor believes that he can pay the Chapter 13 plan submitted to this Honorable Court. Debtor also knows that this is her last opportunity to save her home and she will make mortgage payments on time. Debtor understands that she will be able to fully perform his duties and obligations required under a chapter 13 case and under the terms of the proposed plan.

8. Debtor's prior Chapter 13 case, dismissed on August 25, 2022, was her only previous case.

9. Debtor's prior Chapter 13 case was dismissed for reasons out of their control.

WHEREFORE, the Debtor requests that this Honorable Court continue the automatic stay under section 362(a) as to ALL CREDITORS for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

NOTICE

"PARTIES IN INTEREST ARE HEREBY GRANTED ELEVEN (11) DAYS FROM THE DATE OF THIS NOTICE AND REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE COURT WILL ENTER AN ORDER GRANTING THE MOTION UPON THE FILING OF A CERTIFICATE BYTHE MOVANT THAT ADEQUATE NOTICE WAS GIVEN. SHOULD AN OPPOSITION BE TIMELY FILED, THE COURT WILL SCHEDULE THE MOTION FOR A HEARING AS A CONTESTED MATTER.

Case:23-00068-EAG13 Doc#:6 Filed:01/17/23 Entered:01/17/23 17:05:19 Desc: Main
Document Page 3 of 4

Motion for continuance of the Automatic Stay, Cont.
Case no. 22-00068 EAG
Page 3 of 3

ABSENT GOOD CAUSE, UNTIMELY REJECTION SHALL BE DENIED."

  I HEREBY CERTIFY: That a copy of this motion has been served to the Chapter 13 trustee, through CM\ECF and to all creditors and parties in interest as per the Master Address List.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 17th day of January 2023.

*JAIME RODRÍGUEZ LAW OFFICE, PSC*
Attorneys for Debtor
Urb Rexville
BB 21 calle 38
Bayamón, PR 00957
TEL: (787) 797-4174
FAX: (787) 730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
/s/ Jaime Rodríguez-Pérez
USDC-PR 221011

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 23-00068-13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jan 17 17:01:38 AST 2023 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ACCEPTANCE NOW<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024-6191 |
| AT&T SERVICES<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 | CLARO PR<br>PO BOX 70367<br>SAN JUAN, PR 00936-8367 | (p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB<br>P O BOX 41269<br>SAN JUAN PR 00940-1269 |
| ECMC<br>PO BOX 16408<br>SAINT PAUL, MN 55116-0408 | EMPRESAS BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739-0674 | FEDERICO ROBLES COLLAZO<br>2 ANASTASIO MENENDEZ<br>SECTOR PABON<br>MOROVIS, PR 00687-8501 |
| LCDO CARLOS L. RAMIREZ VARGAS<br>3228 CARR 351 MAYAGUEZ<br>MAYAGUEZ, PR 00682-7818 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | PENTAGON FCU<br>PO BOX 1432<br>ALEXANDRIA, VA 22313-1432 |
| VEREDAS DEL MAR HOA<br>6309 CONDOMINIO VEREDAS DEL MAR<br>VEGA BAJA, PR 00693-6080 | WANDA I FONTAN<br>2 ANASTASIO MENENDEZ<br>SECTOR PABON<br>MOROVIS, PR 00687-8501 | WANDA I FONTAN<br>PARCELAS TORRECILLAS<br>258 CALLE OTILIO MUNOZ<br>MOROVIS, PR 00687-2435 |
| JAIME RODRIGUEZ PEREZ<br>JAIME RODRIGUEZ PEREZ<br>URB REXVILLE<br>BB 21 CALLE 38<br>BAYAMON, PR 00957-4135 | LYDIA IDANIS OTERO ENCARNACION<br>VEREDAS DEL MAR<br>APT 6-305<br>VEGA BAJA, PR 00693-6079 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DTOP<br>PO BOX 41269<br>MINILLAS STATION<br>SAN JUAN, PR 00940 | LUMA ENERGY<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | End of Label Matrix<br>Mailable recipients 17<br>Bypassed recipients 0<br>Total 17 |