**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LYDIA IDANIS OTERO ENCARNACION**<br>**aka LYDIA I OTERO ENCARNACION, aka LYDIA**<br>**OTERO ENCARNACION**<br><br>xxx–xx–5311<br><br>Debtor(s) | Case No. **23–00068 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/19/23 |

*NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY*

On 1/17/2023, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #6). In accordance with P.R. LBR 4001–5, if an objection is timely filed, a hearing will be held on 2/14/23 at 01:30 PM at Microsoft Teams Video &, Audio Conferencing, and/or Telephonic Hearings. If no objection is filed within fourteen (14) days, the hearing may be vacated.

In San Juan, Puerto Rico, this Thursday, January 19, 2023 .

*Wilma Jaime*
Clerk of the Court
By:
*CARMINA ROSADO LOZA*
Deputy Clerk