IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

IN RE: DEBTOR(S)

**LYDIA IDANIS OTERO ENCARNACION**   **CASE NO. 23-00068 EAG**
CHAPTER 13

DEBTOR(S)

_____

NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

MEETING OF CREDITORS

Notice to Reschedule the Meeting of Creditors. The meeting will be held on **February 27**, **2023 at 1:30 PM** via Telephonic Conference Information for Chapter 13 Trustee Alejandro Oliveras.

**To attend, Dial: 877- 505-2913 and enter: 7060224, when prompted for participation code.**

In San Juan, Puerto Rico, this February 09, 2023.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ACCEPTANCE NOW<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | AT&T SERVICES<br>PO BOX 192830<br>SAN JUAN, PR  00919 |
| CLARO PR<br>PO BOX 70367<br>SAN JUAN, PR  00936 | DTOP<br>PO BOX 41269<br>MINILLAS STATION<br>SAN JUAN, PR  00940 |
| EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 | ECMC<br>PO BOX 16408<br>SAINT PAUL,, MN  55116-0408 |
| EMPRESAS BERRIOS<br>PO BOX 674<br>CIDRA,, PR  00639-0674 | FEDERICO ROBLES COLLAZO<br>2 ANASTASIO MENENDEZ<br>SECTOR PABON<br>MOROVIS, PR  00687 |
| FEDERICO ROBLES COLLAZO & WANDA IVETTE FONT<br>LYSSETTE A MORALES VIDAL<br>L.A. MORALES & ASSOCIATES PSC<br>76 CALLE AQUAMARINA<br>CAGUAS, PR  00725 | FEDERICO ROBLES COLLAZO & WANDA IVETTE FONT<br>PARCELAS TORRECILLAS<br>258 CALLE OTILIO MUNOZ<br>MOROVIS, PR  00687-2435 |
| LCDO CARLOS L. RAMIREZ VARGAS<br>3228 CARR 351 MAYAGUEZ<br>MAYAGUEZ,, PR  00682-7818 | LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR  00936 |
| LYDIA IDANIS OTERO ENCARNACION<br>VEREDAS DEL MAR<br>APT 6-305<br>VEGA BAJA, PR  00693 | PENTAGON FEDERAL CREDIT UNION<br>PO BOX 1432<br>ALEXANDRIA, VA  22313-2032 |

DATED:  February 09, 2023

/S/GISELA BERRIOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2     - CASE NO  23-00068-EAG

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
ALEXANDRIA, VA  22313-2032

VEREDAS DEL MAR HOA
6309 CONDOMINIO VEREDAS DEL MAR
VEGA BAJA, PR  00693

WANDA I FONTAN
2 ANASTASIO MENENDEZ
SECTOR PABON
MOROVIS, PR  00687

WANDA I FONTAN
PARCELAS TORRECILLAS
258 CALLE OTILIO MUNOZ
MOROVIS, PR  00687

LYDIA IDANIS OTERO ENCARNACION
VEREDAS DEL MAR
APT 6-305
VEGA BAJA, PR  00693

DATED:   February 09, 2023

/S/GISELA BERRIOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 2 of 2   - CASE NO   23-00068-EAG