**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF PUERTO RICO
MINUTES OF HEARING**

*Hearing Information*

| | | | |
|---|---|---|---|
| **Debtor(s):** | LYDIA IDANIS OTERO ENCARNACION | **Case Number:** | 23-00068-EAG13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 02/14/2023 at 1:30 PM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. EDWARD A GODOY | **Reporter/ECR:** | JOSE ROMO |
| **Courtroom deputy:** | MARTA BORREGO | | |

*Matter:*

Debtor's Motion for Continuation of the Automatic Stay (docket #6) Opposition to the Continuation of the Stay filed by Federico Robles Collazo and Wanda Ivette Fontan Ocasio (dockets #13 & 15)

*Appearances:*

☐ Debtor  ☒ Trustee: Pedro Medina

☒ Debtor's Attorney: J. Rodriguez  ☒ Creditors/Others: Wanda Fontan/ L. Morales

**Proceedings and ORDER:**

Upon the parties proffers, the debtor shall file an amended plan on/or before February 16, 2023 at noon (Clerk to follow up by 1:00 p.m.). If no amended plan is filed, the automatic stay will be extended as to all creditors except for Federico Robles Collazo and Wanda Ivette Fontan Ocasio. Therefore, the debtor's motion for continuation of stay will be denied and the oppositions on dockets #13 and #15 will be granted.

**SO ORDERED.**

/S/ EDWARD A. GODOY
U.S. Bankruptcy Judge