IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LYDIA IDANIS OTERO ENCARNACION

xx-xx-5311

Debtor(s)

CASE NO. 23-00068-EAG13

Chapter 13

FILED & ENTERED ON FEB/16/2023

ORDER

Upon the debtor's failure to comply with this court's order of February 14, 2023 (docket #26), we hereby grant Debtor's request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on January 17, 2023, as to all creditors except for Federico Robles Collazo and Wanda Ivette Fontan Ocasio. The stay is modified to allow creditors Federico Robles Collazo and Wanda Ivette Fontan Ocasio to pursue *In Rem* remedies, foreclose, take title and possession of the real estate property.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of February, 2023.

Edward A. Godoy
United States Bankruptcy Judge